**Dismiss and Opinion Filed March 30, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01230-CR

**QUINCY PAUL REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-54391-J**

## MEMORANDUM OPINION
Before Justices Myers, Evans, and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141230F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QUINCY PAUL REED, Appellant

No. 05-14-01230-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F14-54391-J.
Opinion delivered per curiam before Justices
Myers, Evans, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of March, 2015.